479 A.2d 1118

Commonwealth v. Brooks, Appellant.

Argued March 22, 1984.  Raymond E. Kumor, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Affirmed.